IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.                                          Case No. 1:07-cr-00527-SAS-2

GONZALEZ-CASILLAS,

DEFENDANT

### APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT, UNITED STATES DISTRICT COURT JUDGE FOR THE SOUTHERN DISTRICT OF NEW YORK:

Now comes Cristobal M. Galindo and hereby files this appearance as attorney of record for LUIS RAMIREZ, Defendant. Defendant, LUIS RAMIREZ, retained Cristobal M. Galindo, and he consents to Cristobal M. Galindo's appearance as attorney of record in this cause.

Respectfully submitted,

_____
CRISTOBAL M. GALINDO
Texas State Bar Number: 24026128
2714 Louisiana, Suite 200
Houston, Texas 77006
Telephone: (713) 228-3030
Fax: (713) 228-3003

ATTORNEY FOR DEFENDANT
LUIS RAMIREZ

_____
LUIS RAMIREZ, DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant LUIS RAMIREZ's Appearance of Counsel was faxed to Eugene Edward Ingoglia, United States Attorney at (212) 973-1113 on the 5th day of ~~May~~ JUNE, 2008.

_____
CRISTOBAL M. GALINDO