UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

                        v.

GONZALEZ-CASILLAS et al.,
(LUIS RAMIREZ)

                        Defendants.
-------------------------------------------------------X

ORDER

S1 07 Cr. 527 (SAS)

        Counsel for defendant LUIS RAMIREZ, having been appointed on December 26, 2007 to represent defendant LUIS RAMIREZ pursuant to the Criminal Justice Act and have made application in a letter dated June 23, 2008 for permission to submit an interim claim for compensation, and having made certain representations in the aforesaid letter in support of said application,

        **IT IS HEREBY ORDERED** that Robert J. Krakow, counsel for Mr. Ramirez, may submit an interim claim for compensation and such additional interim claims for compensation as may be reasonably appropriate until the conclusion of this case, pursuant to 18 U.S.C. 3006A and the Local Rules of the United States District Court for the Southern District of New York.

**SO ORDERED.**

                                              SHIRA SCHEINDLIN
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       July 14, 2008

**ROBERT J. KRAKOW**
*LAW OFFICE OF ROBERT J. KRAKOW, P.C.*
Attorneys and Counselors at Law
1205 Franklin Avenue, Suite 110
Garden City, New York 11530
(516) 354-3300
(646) 349-1771 FACSIMILE*
(*Not for Service of Litigation Papers)

July 10, 2008

Honorable Shira Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

    Re: <u>USA v. Gonzalez-Casillas, et al.</u>, S1 07 Cr. 527 (SAS)
        Defendant Represented: Luis Ramirez

Dear Judge Scheindlin:

    Pursuant to a voice mail message I received last week from Chambers stating that based on my request contained in my letter dated June 23, 2008 Your Honor would approve an Order permitting counsel to submit an interim claim for compensation under the Criminal Justice Act, I enclose herewith two copies of a proposed Order for Your Honor's approval and signature.

    Thank you.

                                    Respectfully submitted,

                                    Robert J. Krakow

Enclosures